In the Matter of the Application of Frederick Oettinger, Petitioner, for a Certiorari Order against Lewis J. Valentine, Police Commissioner of the City of New York, Respondent.— Order of certiorari unanimously dismissed, and determination of the respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.